# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Megan Rene Walker,<br><br>        Defendant. | Case No. 16-cr-02638-DMS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, and passport released by Pretrial if held.

Dated: 01/30/2018

                Hon. Jill L. Burkhardt
                United States Magistrate Judge